

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**GENE MILEY**            **PLAINTIFF**

V.            CIVIL ACTION NO. 2:05cv202

**JONES COUNTY JAIL, JONES COUNTY
SHERIFF'S DEPARTMENT, SHERIFF LARRY
DYKES, INDIVIDUALLY, AND IN HIS OFFICIAL
CAPACITY AS SHERIFF OF JONES COUNTY, NURSE
MELANIE WUERTZ, INDIVIDUALLY, AND IN HER
CAPACITY AS NURSE AT THE JONES COUNTY JAIL;
BHARAT PATEL, M.D., INDIVIDUALLY, AND IN HER
OFFICIAL CAPACITY AS CONTRACT PHYSICIAN FOR
THE JONES COUNTY JAIL; JOHN DOE PERSONS 1-5 AND,
JOHN DOE ENTITIES 1-5**            **DEFENDANTS**

## CERTIFICATE OF REMOVAL

The undersigned attorneys of record for defendant, Jones County, Mississippi, hereby certify that on the 28th day of September, 2005, a Notice of Removal was served on counsel for the Plaintiff, that a true and correct copy of said written Notice is attached hereto and that a copy of the Notice of Filing Notice of Removal was filed with the Clerk of the Court for the Circuit Court of Jones County, Mississippi.

Dated this the 28th day of September, 2005.

Respectfully submitted,

JONES COUNTY, MISSISSIPPI

BY: /s/ Robert O. Allen
     Robert O. Allen
     William R. Allen
     Its Attorneys

ROBERT O. ALLEN (MSB #1525)
WILLIAM R. ALLEN (MSB #100541)
ALLEN, ALLEN, BREELAND & ALLEN, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602-0751
Tel. 601-833-4361
Fax 601-833-6647

## CERTIFICATE

I, the undersigned, of Allen, Allen, Breeland & Allen, PLLC, hereby certify that I have this day mailed, postage prepaid, a true and correct copy of the above and foregoing Certificate of Removal to:

> Larry Stamps, Esq.
> Alton E. Peterson, Esq.
> Stamps & Stamps
> Attorneys at Law
> P.O. Box 2916
> Jackson, MS 39207-2916

This the 28th day of September, 2005.

_____
OF COUNSEL